**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Saul MORAN–CORTEZ, also known as Salvador Ramirez–Cortez, also known as Saul Ramirez–Cortez, also known as Saul Kiros Aranzamendy, also known as Juan Mendina, also known as Juan Medina Cortez, also known as Cesar Quiros, also known as Arturo Peniche, Defendant–Appellant.**

**No. 04–50743.**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided April 20, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Saul Moran–Cortez raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.